BENJAMIN B. WAGNER
United States Attorney
IAN L. GARRIQUES
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

SEALED



FILED
APR 23 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

1:12 SW 00093 GSA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEARCH OF | ) CASE NO. |
|---|---|
| 4730 East Butler Ave, Apartment # 123, Fresno, CA, 93702; 469 North 7th Street, Fresno, California, 93702; 2583 South Rowell Ave, Fresno, California, 93725; The One Hour Photo Lab at 4782 East Kings Canyon Road, Fresno, California, 93702; 404 Manzana Court, Madera, California, 93638; 935 South Boyd Ave, Fresno, California, 93702; 1998 NISSAN ALTIMA, VIN: 1N4DL01D8WC118160, CA LICENSE: 5TVT644; 1995 GMC JIMMY, VIN: 1GKDT13W6S2512940, CA LICENSE: 6RKK588; 2005 KIA SEDONA, VIN: KNDUP132156715518, CA LICENSE: 6RQK867; 1997 FORD WINDSTAR, VIN: 2FMDA5140VBD25956, CA LICENSE: 6MXZ060; 1997 CHEVROLET MALIBU, VIN: 1G1NE52M1V6166870, CA LICENSE: 3WOM146; 1993 Chevrolet Astro Van, VIN:1GNDM19W1PB214584, CA LICENSE: 6SZW462; 1999 TOYOTA CAMRY, VIN: 4T1BG22K3XU614313, CA LICENSE: 4HRV211; 1998 FORD EXPLORER, VIN: 1FMZU32E9WZB47925, CA LICENSE: 6UVY342; 2002 TOYOTA CAMRY, VIN: JTDBE32K620029967, CA LICENSE: 6RHH914; and 2000 HONDA CIVIC, VIN: 2HGEJ6612YH571388, CA LICENSE: 4LVH358. | ) APPLICATION AND ORDER SEALING SEARCH WARRANTS AND APPLICATION AND AFFIDAVIT IN SUPPORT OF SEARCH WARRANTS |

The United States of America requests that the search warrants and the application and affidavit in support of the search warrants herein be sealed until further order of this Court to prevent the potential flight of suspects, to protect the integrity of the underlying investigation, and to prevent the possible destruction of evidence.

DATED: April 20, 2012                    BENJAMIN B. WAGNER
                                         United States Attorney

                                    By:  /s/ Ian Garriques
                                         IAN L. GARRIQUES
                                         Assistant U.S. Attorney

1

## SEALING ORDER

Good cause having been shown, IT IS HEREBY ORDERED that the search warrants and application and affidavit in support of the search warrants herein be sealed until further order of this Court.

DATED: April 20, 2012

HON. GARY S. AUSTIN
UNITED STATES MAGISTRATE JUDGE