

FILED

AUG 02 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: | No. 1:12-SW-000093-GSA |
| 4730 East Butler Ave, Apartment # 123, Fresno, CA, 93702; 469 North 7th Street, Fresno, California, 93702; 2583 South Rowell Ave, Fresno, California, 93725; The One Hour Photo Lab at 4782 East Kings Canyon Road, Fresno, California, 93702; 404 Manzana Court, Madera, California, 93638; 935 South Boyd Ave, Fresno, California, 93702; 1998 NISSAN ALTIMA, VIN: 1N4DL01D8WC118160, CA LICENSE: 5TVT644; 1995 GMC JIMMY, VIN: 1GKDT13W6S2512940, CA LICENSE: 6RKK588; 2005 KIA SEDONA, VIN: KNDUP132156715518, CA LICENSE: 6RQK867; 1997 FORD WINDSTAR, VIN: 2FMDA5140VBD25956, CA LICENSE: 6MXZ060; 1997 CHEVROLET MALIBU, VIN: 1G1NE52M1V6166870, CA LICENSE: 3WOM146; 1993 Chevrolet Astro Van, VIN: 1GNDM19W1PB214584, CA LICENSE: 6SZW462; 1999 TOYOTA CAMRY, VIN: 4T1BG22K3XU614313, CA LICENSE: 4HRV211; 1998 FORD EXPLORER, VIN: 1FMZU32E9WZB47925, CA LICENSE: 6UVY342; 2002 TOYOTA CAMRY, VIN: JTDBE32K620029967, CA LICENSE: 6RHH914; and 2000 HONDA CIVIC, VIN: 2HGEJ6612YH571388, CA LICENSE: 4LVH358. | ORDER UNSEALING SEARCH WARRANTS AND AFFIDAVIT |

The search warrants and affidavit in support of the search warrants, having previously been sealed by order of this Court, and it appearing that the search warrants and affidavit no longer need to remain sealed based on the government's motion,

IT IS HEREBY ORDERED that the search warrants and affidavit in support of the search warrants herein be unsealed and made public record.

DATED: 8/2/12                    _____
                                 UNITED STATES MAGISTRATE JUDGE

3